of certiorari to the District Court of the United States for Porto Rico granted. *Mr. Frederic R. Coudert* and *Mr. Howard Thayer Kingsbury* for the petitioner. *Mr. N. B. K. Pettingill* and *Mr. Wm. H. Hawkins* for the respondent.

---

No. 1107. THE UNITED STATES, PETITIONER, *v.* LEXINGTON MILL & ELEVATOR COMPANY. May 26, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *The Attorney General* and *Mr. Assistant Attorney General Adkins* for petitioner. *Mr. E. L. Scarritt* for respondent.

---

No. 949. EUGENE MOSIER, PETITIONER, *v.* THE UNITED STATES. May 26, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Milton Brown* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Denison* for the respondent.

---

No. 1025. WILLIAM E. PEARSON, PETITIONER, *v.* WILLIAM J. HARRIS. May 26, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John M. Gearin* for the petitioner. No appearance for the respondent.

---

No. 1071. PACIFIC CREOSOTING COMPANY, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. May 26, 1913. Petition for a writ of certiorari herein to the United States